IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMBER TOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:22-cv-02452 |
| ) | |
| FORT SCOTT UNIFIED SCHOOL ) | |
| DISTRICT 234; and TED HESSONG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# COMPLAINT

Plaintiff Amber Toth states and alleges for her cause of action against Defendants Fort Scott Unified School District No. 234 and Ted Hessong.  Toth states and alleges as follows in support of her cause of action:

1. At all times relevant to the allegations herein, Plaintiff Amber Toth has been a citizen of the state of Kansas.

2. At all times relevant to the allegations herein, Defendant Fort Scott Unified School District No. 234 (the "School District") has been a public agency with its principal place of business at 424 S. Main St., Fort Scott, Kansas 66701.

3. At all times relevant to the allegations herein, the School District had more than 50 full-time employees, working in and about Fort Scott, Kansas.

4. At all times relevant to the allegations herein, the School District has been an education program or activity receiving federal financial assistance.

5. At all times relevant to the allegations herein, Defendant Ted Hessong has been the Superintendent of the School District.

6. This Court may exercise subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1331.

7. The Court may exercise personal jurisdiction over the defendants.

8. Venue is appropriate for this action in the Kansas City Division of the Court.

9. The School District employed Toth from 2013 until the end of the 2020-2021 school year.

10. At all times relevant to the allegations herein, Toth was a dedicated, loyal employee of the School District.

11. In September 2019, the School District promoted Toth from the position of assistant principal to the position of principal at Fort Scott High School.

12. As the assistant principal, Toth implemented a Restorative Justice program in response to dealing with discipline at the high school. Her efforts to implement the program resulted in having 100% non-recidivism for students directly involved in Restorative Justice.

13. As the high school principal, Toth:

   i. focused on the social-emotional health of the students and staff at Fort Scott High School; and

   ii. provided leadership for mental health services primarily for the students at the high school; and

   iii. led an effort to increase the amount of research-based teacher instruction in high school classrooms to address norm referenced assessment data that was lacking by her standards. Unfortunately, with the closing of school buildings during the 2020-2021 year, it negatively impacted Toth's efforts in addressing teacher instruction; and

3

    iv. led Fort Scott High School to obtaining the Copper Award from the Kansas Department of Education for increasing graduation rates.

14. A close family member of Toth attempted suicide in 2019 by slitting her wrists. Toth is the person who found the family member.

15. In April 2020, Toth was diagnosed with post-traumatic stress disorder ("PTSD") over this incident.

16. On January 29, 2021, Toth notified Hessong that she had received a report that a grade school teacher was sending nude photographs to a high school student. In response to this, Hessong told Toth that he has known the teacher since she was a little girl; that she has always liked to doll herself up; and that people are just jealous of her.

17. On February 1, 2021, a student at the high school attempted suicide by slitting her wrists. Toth discovered the student, removed the razor blade from the student's wrist, and called 911 to save the student.

18. The February 1 incident caused Toth to experience PTSD symptoms that interfered with her ability to work.

19. At all times relevant to the allegations herein, Toth had worked more than 1,250 hours per calendar year.

20. As of February 1, 2021, Toth had worked more than 1,250 hours in the preceding twelve months.

21. Toth took medical leave to address her PTSD symptoms arising from the February 1 incident.

22. On February 2, 2021, a close family member of Toth was sexually assaulted, which led to Toth further experiencing PTSD symptoms that interfered with her ability to

4

work.

23. On February 3, 2021, Hessong met with Toth.

24. During the meeting, Hessong (i) asked Toth how she was coping with the suicide attempt that she encountered on February 1, 2021, and (ii) asked Toth about the therapy she was receiving for PTSD.

25. During that meeting, Hessong told Toth that a student's parent felt "provoked" by Toth. Hessong was referring to a parent who had become confrontational towards Toth at a basketball game on January 29, 2021.

26. At the end of the meeting, Hessong told Toth that the School District was going to non-renew Toth's employment for the following school year, and he recommended that Toth resign or be fired.

27. School District policy provides that: "The board shall solicit the superintendent's recommendations in appointment, assignment, transfer, demotion, termination, or non-renewal of any administrative personnel." Policy CG.

28. Hessong influenced or caused the School District's board to non-renew Toth's employment.

29. On or before February 5, 2021, one the School District board members sent written messages notifying students that Toth and another female employee were not going to have their contracts renewed for the following year.

30. On February 8, 2021, the School District's board voted to non-renew Toth.

31. Two other female administrators employed by the School District resigned after Toth was non-renewed.

32. On March 1, 2021, the School District's board again voted to non-renew Toth's

5

contract.

33. On March 8, 2021, Toth met with five members of the School District's board and asked what the grounds were for nonrenewal. The members sat silent and did not respond.

34. Toth's employment ended on June 4, 2021, when her contract expired.

35. Hessong and the School District's board treated a male comparator of Toth's much differently. The male comparator, a middle school principal, drove drunk while on school business, made inappropriate remarks to female coworkers, acted in a condescending manner towards female staff, and engaged in mismanagement almost causing the School District to lose funding for a program. The male comparator also made racist comments in Hessong's presence.

36. Hessong himself engaged in discriminatory behavior towards women. He was present in May 2019 when the male middle school administrator made inappropriate remarks towards female coworkers, and he chuckled about it. Hessong ignored complaints concerning this administrator's behavior. Hessong also catcalled the female administrators present that evening. Hessong also ignored complaints about another male administrator sleeping with subordinates.

37. When Toth and other female administrators requested that the School District put on anti-discrimination training, Hessong told them, "we aren't ready for that here."

38. In September 2018, Hessong presented Toth with a talking stick and warned her that she did not want to be known as a bitch like a certain former female employee.

39. In January 2020, Hessong pressured Toth to prepare and transmit a letter with false information to help a former student. The student had transferred to another school district in the midst of an investigation over an allegation that he had committed a person crime

against a female student. Hessong wanted Toth to falsely state that the student was in good standing when he left USD No. 234. Toth refused.

40. Toth has suffered damages on account of the School District and the Board's illegal actions.

41. The School District is liable to Toth for violating her rights under the Family Medical Leave Act, 29 U.S.C. § 2601 et seq.; the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; Title IX of the Educational Amendments Act of 1972, 20 U.S.C. § 1681; and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

42. Hessong is liable to Toth for violating her rights under Family Medical Leave Act, 29 U.S.C. § 2601 et seq.; and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

43. Toth has exhausted all necessary administrative remedies.

Wherefore, Plaintiff Amber Toth prays that judgment be entered against Defendants Fort Scott Unified School District No. 234 and Ted Hessong, for damages in excess of $75,000.00, including but not limited to economic damages, compensatory damages, noneconomic damages, liquidated damages, punitive damages (Hessong only), costs, attorneys fees, as well as all equitable and other relief the Court deems just and appropriate.

**Plaintiff Amber Toth designates Kansas City, Kansas as the place of trial.**

**Plaintiff Amber Toth demands trial by jury on all issues, including but not limited to the formation and/or existence of any alleged arbitration agreement.**

DATED:  November 7, 2022.

                Submitted By:

                /s/ Sean McGivern
                Sean M. McGivern, #22932
                Graybill & Hazlewood, LLC
                218 N Mosley St.
                Wichita, KS 67202
                Phone: 316-266-4058
                Fax: 316-462-5566
                ***Attorney for Plaintiff***